

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00484-CV

**BUCKSTOP ACQUISITION COMPANY, LLC**,
Appellant

v.

Cristino **CASTANEDA**, individually and d/b/a Thermo Cooling Insulation,
Appellee

From the 38th Judicial District Court, Real County, Texas
Trial Court No. 2016-3309-DC
Honorable Spencer W. Brown, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Costs of appeal are taxed against Appellant Buckstop Acquisition Company, LLC.

SIGNED June 13, 2018.

_____
Karen Angelini, Justice